1  Irene Karbelashvili, State Bar Number 232223
   Law Office of Irene Karbelashvili
2  12 South First Street, Suite 413
   San Jose, CA 95113
3  Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Attorney for RICHARD C. HENNING, Plaintiff

6

7           UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10 | RICHARD C. HENNING,                               ) | **Case No. CV13-02360 EJD**
   |           Plaintiff,                             ) |
11 |                                                  ) |
   | vs.                                              ) | **NOTICE OF DISMISSAL WITH**
12 |                                                  ) | **PREJUDICE BY PLAINTIFF AND**
13 | RACE STREET INVESTMENTS, LLC, a                  ) | **REQUEST FOR ENTRY OF**
   | California limited liability company, and        ) | **DSMISSAL IN COURT**
14 | DOES 1 through 20 inclusive,                     ) | **RECORDS**
   |           Defendant.                             ) |
15 |                                                  ) | (Fed. R. Civ. P. 41(a)(1)(A)(i))
16

17     TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

18     This action was commenced on May 24, 2013 and Defendant, RACE STREET
19 INVESTMENTS, LLC, a California limited liability company, has filed neither an answer nor a
20 motion for summary judgment in this action;

21     Notice is given that Plaintiff dismisses this action with prejudice against RACE STREET
22 INVESTMENTS, LLC, a California limited liability company.

23     The clerk of the court is requested to enter this dismissal in the records of the court.

24

25  Dated: 02-12-14                        _____
                                           Irene Karbelashvili, Attorney for
26                                         Plaintiff RICHARD C. HENNING

27

28

1 | P a g e
**Case No. CV13-02360 EJD**
NOTICE OF DISMISSAL WITH PREJUDICE BY PLAINTIFF AND REQUEST FOR ENTRY OF DSMISSAL IN COURT RECORDS
(Fed. R. Civ. P. 41(a)(1)(A)(i))