Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for RICHARD C. HENNING, Plaintiff

*IT IS SO ORDERED*
*Judge Edward J. Davila*
2/14/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br>    Plaintiff,<br><br>vs.<br><br>RACE STREET INVESTMENTS, LLC, a California limited liability company, and DOES 1 through 20 inclusive,<br>    Defendant. | Case No. CV13-02360 EJD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE BY PLAINTIFF AND REQUEST FOR ENTRY OF DSMISSAL IN COURT RECORDS**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(i)) |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

This action was commenced on May 24, 2013 and Defendant, RACE STREET INVESTMENTS, LLC, a California limited liability company, has filed neither an answer nor a motion for summary judgment in this action;

Notice is given that Plaintiff dismisses this action with prejudice against RACE STREET INVESTMENTS, LLC, a California limited liability company.

The clerk of the court is requested to enter this dismissal in the records of the court. The clerk shall close this file.

Dated: 02-12-14

_____
Irene Karbelashvili, Attorney for
Plaintiff RICHARD C. HENNING